**Order filed January 5, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00987-CV**

_____

**HUMBERTO MONTALVO, INDIVIDUALLY AND D/B/A MONTALVO PRODUCE OF MEXICO, Appellant**

**V.**

**JP MORGAN CHASE BANK, N.A., Appellee**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2010-23102**

## A B A T E M E N T    O R D E R

This appeal is from a judgment signed July 18, 2011.   On November 28, 2011, an appeal from the denial of an affidavit of indigency filed by Humberto Montalvo was assigned to this court as 14-11-01022-CV.   Accordingly, we issue the following order.

The appeal is **ABATED**, treated as a closed case, and removed from this court's active docket.   The appeal will be reinstated on this court's active docket when the appeal in 14-11-01022-CV is determined.   The court will also consider an appropriate motion to

reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Justices Brown, Boyce, and McCally.